# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  GARY D. HUTSON & CRYSTAL L. HUTSON  Case Number: 07-72025
1640 MAPLE AVENUE #1
LOVES PARK, IL  61111
SSN-xxx-xx-2104 & xxx-xx-3724

Case filed on: 8/28/2007
Plan Confirmed on: 12/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,050.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,163.59 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,163.59 | 0.00 |
| 018 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GARY D. HUTSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL ILLINOIS INC | 348.90 | 348.90 | 34.93 | 0.00 |
| 002 | SELECT PORTFOLIO SERVCING | 7,010.71 | 701.98 | 701.98 | 0.00 |
|  | Total Secured | 7,359.61 | 1,050.88 | 736.91 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 408.94 | 408.94 | 0.00 | 0.00 |
| 004 | ROUNDUP FUNDING LLC | 1,283.83 | 1,283.83 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,503.37 | 1,503.37 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 2,959.33 | 2,959.33 | 0.00 | 0.00 |
| 007 | PREMIER BANKCARD/CHARTER | 319.00 | 319.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 1,242.12 | 1,242.12 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 126.54 | 126.54 | 0.00 | 0.00 |
| 011 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 510.34 | 510.34 | 0.00 | 0.00 |
| 013 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | US ENERGY SAVINGS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 2,853.72 | 2,853.72 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 1,826.97 | 1,826.97 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 1,433.08 | 1,433.08 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 3,241.40 | 3,241.40 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 367.37 | 367.37 | 0.00 | 0.00 |
| 022 | OPTION ONE MORTGAGE CORPORATION | 69,588.11 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 87,664.12 | 18,076.01 | 0.00 | 0.00 |
|  | Grand Total: | 98,023.73 | 22,126.89 | 1,900.50 | 0.00 |

Total Paid Claimant:      $1,900.50
Trustee Allowance:        $149.50
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By   /s/Heather M. Fagan